## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:20-CV-60141-AHS

Plaintiff:
**VILMA GONZALEZ**

vs.

Defendant:
**ARAMARK UNIFORM & CAREER APPAREL, LLC F/K/A ARAMARK UNIFORM SERVICES INC.**

For:
MICHELLE COHEN LEVY
THE LAW OFFICES OF MICHELLE COHEN LEVY, PA
4400 N. FEDERAL HWY
LIGHTHOUSE POINT, FL 33064

Received by OJF SERVICES, INC. on the 23rd day of January, 2020 at 9:56 am to be served on **ARAMARK UNIFORM & CAREER APPAREL, LLC F/K/A ARAMARK UNIFORM SERVICES INC. C/O CT CORP, 1200 S. PINE ISLAND RD, PLANTATION, FL 33324**.

I, ANDREW KARP, do hereby affirm that on the **23rd day of January, 2020** at **1:25 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE OF CT CORPORATION SYSTEM at the address of: **1200 S. PINE ISLAND RD, PLANTATION, FL 33324** as **registered agent** for **ARAMARK UNIFORM & CAREER APPAREL, LLC F/K/A ARAMARK UNIFORM SERVICES INC. C/O CT CORP**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020001316

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| VILMA GONZALEZ | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| ARAMARK UNIFORM & CAREER APPAREL, LLC f/k/a ARAMARK UNIFORM SERVICES, INC. | ) | 20-CV-60141-AHS |
| *Defendant(s)* | ) | |

DATE 1/23/20  TIME: 12:50
INITIALS: AK  ID#: AK260

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aramark Uniform & Career Apparel, LLC
f/k/a Aramark Uniform Services, Inc.
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle Cohen Levy, Esq.
The Law Office of Michelle Cohen Levy, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OJF SERVICES, INC.
954.929.4215
WWW.OJFSERVICES.COM



**SUMMONS**

Date: Jan 23, 2020

Angela E. Noble
Clerk of Court

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

1316